■ In the Matter of RICHARD TOMISER, Appellant, v BOARD OF TRUSTEES OF THE NEW YORK CITY FIRE DEPARTMENT et al., Respondents. [655 NYS2d 367] —Judgment, Supreme Court, New York County (Stephen Crane, J.), entered on or about October 12, 1995, unanimously affirmed for the reasons stated by Crane, J., without costs and disbursements. No opinion. Concur— Wallach, J. P., Nardelli, Rubin and Williams, JJ.